UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:12-CR-00031-GMN-PAL |
| vs. | |
| MAHIN QUINTERO, | PROPOSED ORDER, STIPULATION TO MOVE SENTENCING HEARING |
| Defendant. | TO AN EARLIER DATE |

### ORDER

**IT IS ORDERED** that the Sentencing Hearing in the above-referenced case currently set for November 30, 2012 at 1:30 PM be moved to November 27, 2012 at 10:30 a.m in Courtroom # 7D.

DATED this 26 day of November, 2012.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE